UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTES

| | | | | |
|---|---|---|---|---|
| **Case Title :** | William Anthony Curry | **Case No :** | 10-61974 - A - 13 | |
| | | **Date :** | 5/10/11 | |
| | | **Time :** | 01:30 | |
| **Matter :** | [47] - Motion for Relief from Automatic Stay [PD-1] Filed by Creditor Citibank, N.A. (Fee Paid $150) (isaf) <br> [47] - Motion/Application for Relief from Co-Debtor Stay [PD-1] Filed by Creditor Citibank, N.A. (isaf) <br> [47] - Motion/Application for Adequate Protection [PD-1] Filed by Creditor Citibank, N.A. (isaf) | | | UNOPPOSED |
| **Judge :** | Whitney Rimel | | | |
| **Courtroom Deputy :** | Gay Parker | | | |
| **Reporter :** | Linda Gorman | | | |
| **Department :** | A | | | |

**APPEARANCES for :**
**Movant(s) :**
(by phone)   Creditor's Attorney - Erin Laney
**Respondent(s) :**
(by phone)   Debtor(s) Attorney - Adrian S. Williams

MOTION was :
Denied